UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TORCHLIGHT LOAN SERVICES, LLC, AS SPECIAL :
SERVICER TO U.S. BANK NATIONAL :
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN- :
INTEREST TO BANK OF AMERICA, N.A. AS :
TRUSTEE FOR THE REGISTERED HOLDERS OF : Index No.: 12 CV. 8579
CREDIT SUISSE FIRST BOSTON MORTGAGE :
SECURITIES CORP., COMMERCIAL MORTGAGE :
PASS-THROUGH CERTIFICATES, SERIES 2007-C2, :
: **CERTIFICATE**
Plaintiff, : **OF SERVICE**
:
-against- :
:
COLUMN FINANCIAL, INC. AND CREDIT SUISSE :
(USA), INC., :
:
Defendants. :
------------------------------------------------------------------ x

I certify that the following papers:

- **Notice of Removal**
- **Notice of Filing of the Notice of Removal**
- **Rule 7.1 Statement**
- **Civil Coversheet**
- **Electronic Case Filing Rules & Instructions for SDNY (April 4, 2011 edition)**

were served on November 27, 2012 by hand delivery upon:

Christopher R. Belmonte, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

DUVAL & STACHENFELD LLP

By: _/s/ Allan N. Taffet_

Allan N. Taffet, Esq.
Joshua C. Klein, Esq.
101 Park Avenue, 11th Floor
New York, NY 10178
Tel. No.: (212) 883-1700

*Attorneys for Column Financial, Inc. and Credit Suisse (USA), Inc.*