UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

TORCHLIGHT LOAN SERVICES, LLC, AS
SPECIAL SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-
IN-INTEREST TO BANK OF AMERICA, N.A., AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-C2,

                          Plaintiff,

    -against-

COLUMN FINANCIAL, INC., AND CREDIT
SUISSE (USA), INC.,

                          Defendants.

------------------------------------------------------------------ X

12-cv-8579 (RWS)
**ECF CASE**

**AFFIDAVIT OF SERVICE**

1453938_5



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

TORCHLIGHT LOAN SERVICES, LLC, AS
SPECIAL SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-
IN-INTEREST TO BANK OF AMERICA, N.A.,
AS TRUSTEE FOR THE REGISTERED HOLDERS        Index No.654003/12
OF CREDIT SUSSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL MORTGAGE        AFFIDAVIT OF SERVICE
PASS-THROUGH CERTIFICATES, SERIES 2007-C2,

       Plaintiff,

  -against-


COLUMN FINANCIAL, INC. AND CREDIT SUISSE
(USA), INC.,


       Defendants.

------------------------------------------------------------X

STATE OF NEW YORK   )
                       S.S.:
COUNTY OF NEW YORK)


       **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 28th day of November, 2012, at approximately 1:50pm, deponent served a true copy of the **SUMMONS, COMPLAINT AND COMPLAINT EXHIBITS C-J** upon **CREDIT SUISSE (USA), INC.** at Credit Suisse, 11 Madison Avenue, New York, NY by personally delivering and leaving the same with SUSAN STEFFEN, who informed deponent that she is a Legal Assistant authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



Susan Steffen is a white female, approximately 50 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 190 pounds with brown hair and blue eyes.

_____
HECTOR FIGUEROA, #0870141

Sworn to before me this
3rd day of December, 2012

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com