UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| TORCHLIGHT LOAN SERVICES, LLC, AS SPECIAL SERVICER TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C2, <br><br> Plaintiff, <br><br> -against- <br><br> COLUMN FINANCIAL, INC., AND CREDIT SUISSE (USA), INC., <br><br> Defendants. | 12-cv-8579 (RWS) <br> **ECF CASE** <br><br> **AFFIDAVIT OF SERVICE** |

------------------------------------------------------------------ x

1453938_5



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X

TORCHLIGHT LOAN SERVICES, LLC, AS
SPECIAL SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-
IN-INTEREST TO BANK OF AMERICA, N.A.,
AS TRUSTEE FOR THE REGISTERED HOLDERS          Index No.654003/12
OF CREDIT SUSSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL MORTGAGE          AFFIDAVIT OF SERVICE
PASS-THROUGH CERTIFICATES, SERIES 2007-C2,

      Plaintiff,

  -against-


COLUMN FINANCIAL, INC. AND CREDIT SUISSE
USA), INC.,


      Defendants.

-------------------------------------------------------------X

STATE OF NEW YORK   )
                         S.S.:
COUNTY OF NEW YORK)


      **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 28th day of November, 2012, at approximately 1:50pm, deponent served a true copy of the **SUMMONS, COMPLAINT AND COMPLAINT EXHIBITS C-J** upon **COLUMN FINANCIAL, INC.** at Credit Suisse, 11 Madison Avenue, New York, NY by personally delivering and leaving the same with SUSAN STEFFEN, who informed deponent that she is a Legal Assistant authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



Susan Steffen is a white female, approximately 50 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 190 pounds with brown hair and blue eyes.

_____
**HECTOR FIGUEROA, #0870141**

Sworn to before me this
3rd day of December, 2012

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com