UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TORCHLIGHT LOAN SERVICES, LLC, AS SPECIAL     :
SERVICER TO U.S. BANK NATIONAL                :
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-     :
INTEREST TO BANK OF AMERICA, N.A. AS          :
TRUSTEE FOR THE REGISTERED HOLDERS OF         :
CREDIT SUISSE FIRST BOSTON MORTGAGE           :     12 Civ. 08579 (RWS)
SECURITIES CORP., COMMERCIAL MORTGAGE         :
PASS-THROUGH CERTIFICATES, SERIES 2007-C2,    :
                                              :
                              Plaintiff,      :     **<u>NOTICE OF MOTION</u>**
                                              :
            -against-                         :
                                              :
COLUMN FINANCIAL, INC. AND CREDIT SUISSE      :
(USA), INC.,                                  :
                                              :
                              Defendants.     :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Brian A. Burns, and the exhibits annexed thereto, defendants Column Financial, Inc. and Credit Suisse (USA), Inc., will move this Court before the Honorable Robert W. Sweet, at the United States Courthouse, 500 Pearl Street, New York, New York, on January 16, 2013, at 12:00 P.M., or as soon thereafter as counsel may be heard, for an order severing claims from the Complaint, pursuant to Rule 21 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b) of the Local Civil Rules of the U.S. District Court for the Southern District of New York, Plaintiff shall file any opposition papers on or before January 4, 2013 and Defendants shall file any reply papers on or before January 11, 2013.  Oral argument shall be heard on February 6, 2013 at 12:00 P.M., or as soon thereafter as counsel may be heard.

Dated: New York, New York
      December 21, 2012

DUVAL & STACHENFELD LLP

By: _____

Allan N. Taffet, Esq.
Brian A. Burns, Esq.
Joshua C. Klein, Esq.
101 Park Avenue, 11th Floor
New York, NY 10178
Phone: (212) 883-1700
Fax: (212) 883-8883

*Attorneys for Defendants*
*Column Financial, Inc. and*
*Credit Suisse (USA), Inc.*

TO:    Christopher Belmonte, Esq.
       Pamela Bosswick, Esq.
       Nathan Berkebile, Esq.
       Satterlee Stephens Burke & Burke LLP
       230 Park Avenue, Suite 1130
       New York, NY 10169
       Phone: (212) 818-9200

       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that Defendants Column Financial, Inc.'s and Credit Suisse (USA), Inc.'s (1) Notice of Motion; (2) the Memorandum of Law in Support of Their Motion to Sever the Complaint; and (3) the Declaration of Brian A. Burns, with attached exhibits were served on December 21, 2012 by ECF filing notice upon:

Christopher Belmonte, Esq.
Pamela Bosswick, Esq.
Nathan Berkebile, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

*Attorneys for Plaintiff*

Allan N. Taffet, Esq.
Brian A. Burns, Esq.
Joshua C. Klein, Esq.
101 Park Avenue, 11th Floor
New York, NY 10178
Phone: (212) 883-1700
Fax: (212) 883-8883
ataffet@dsllp.com
bburns@dsllp.com
jklein@dsllp.com