UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

TORCHLIGHT LOAN SERVICES, LLC, AS
SPECIAL SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-
IN-INTEREST TO BANK OF AMERICA, N.A., AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-C2,

: 12 Civ. 8579 (RWS)

                      Plaintiff,

  -against-

COLUMN FINANCIAL, INC. AND CREDIT
SUISSE (USA), INC.,

                      Defendants.

---------------------------------------------------------------- x

## STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Torchlight Loans Services, LLC, certifies as follows:

Torchlight Loan Services, LLC is a wholly-owned subsidiary of Torchlight Investors, LLC.

Dated:  December 26, 2012

                                                          By:   /s/ Christopher R. Belmonte
                                                               Christopher R. Belmonte
                                                Satterlee Stephens Burke & Burke LLP
                                                230 Park Avenue
                                                New York, New York 10169
                                                (212) 818-9200
                                                *Attorneys for Plaintiff Torchlight Loan Services, LLC*

1570981_1