UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

TORCHLIGHT LOAN SERVICES, LLC, AS
SPECIAL SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-
IN-INTEREST TO BANK OF AMERICA, N.A., AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-C2,

                           Plaintiff,

      -against-

COLUMN FINANCIAL, INC. AND CREDIT
SUISSE (USA), INC.,

                          Defendants.

--------------------------------------------------------------- x

12 Civ. 8579 (RWS)

**NOTICE OF PLAINTIFF'S MOTION TO REMAND TO THE SUPREME COURT OF THE STATE OF NEW YORK**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Remand to the Supreme Court of the State of New York, the Declaration of Nathan J. Berkebile, and the exhibits annexed thereto, Plaintiff, by and through their undersigned attorneys, will move this Court before the Honorable Robert W. Sweet, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an order remanding this action to the Supreme Court of the State of New York, New York County and for such other and further relief as the Court deems just.

Dated:    December 26, 2012
          New York, New York

                                           By:_____
                                              Christopher R. Belmonte

1568159_1

Pamela A. Bosswick
Nathan J. Berkebile

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, New York 10169
(212) 818-9200

*Attorneys for Plaintiff Torchlight Loan*
*Services, LLC*