SWEET, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TORCHLIGHT LOAN SERVICES, LLC, AS SPECIAL
SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-
INTEREST TO BANK OF AMERICA, N.A. AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-C2,

                                  Plaintiff,

            -against-

COLUMN FINANCIAL, INC. AND CREDIT SUISSE
(USA), INC.,

                                Defendants.
------------------------------------------------------------- x



12 Civ. 08579 (RWS)



**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that: (1) defendants shall have until and including January 23, 2013 to file any opposition to the motion to remand; and (2) plaintiff shall have until and including February 6, 2013 to file any reply to the motion to remand.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that: (1) defendants' time to answer, move, or otherwise respond to the Complaint is hereby extended to and including March 1, 2013; plaintiff shall have until and including March 29, 2013 to file any opposition papers to defendants' motion to dismiss; and (3) defendants shall have until and including April 19, 2013 to file any reply.

No previous requests for any extension have been made.

Dated: New York, New York
December 20, 2012

SATTERLEE STEPHENS BURKE &
BURKE LLP

By: _____
Christopher R. Belmonte, Esq.
Nathan J. Berkebile, Esq.
230 Park Avenue, Suite 1190
New York, New York 10169
(212) 818-9200

*Attorneys for Plaintiff*

DUVAL & STACHENFELD LLP

By: _____
Allan N. Taffet, Esq.
Joshua C. Klein, Esq.
101 Park Avenue, 11th Floor
New York, New York 10178
(212) 883-1700

*Attorneys for Defendants*

SO ORDERED
this 2 day of ~~December~~ January 2013

_____
UNITED STATES DISTRICT JUDGE